```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  **v.**                              CRIMINAL NO.  1:17CR32-19
                                            (Judge Keeley)

**CARLEE CUPPET,**

       **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 510),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On September 18, 2017, the defendant, Carlee Cuppet ("Cuppet"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Count Seven of the Indictment. Cuppet stated that she understood that the magistrate judge is not a United States district judge, and consented to pleading before the magistrate judge. This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Cuppet's statements during the plea hearing and the testimony of Mark Trump, Detective, Mon-Metro Drug Task Force, the magistrate judge found that Cuppet was competent to enter a plea, that the plea was freely and voluntarily given, that she was aware

**USA v. CUPPET**                                                                                                 **1:17CR32-19**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 510),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

of the nature of the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea. On September 18, 2017, the magistrate judge entered an Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 510) finding a factual basis for the plea and recommended that this Court accept Cuppet's plea of guilty to Count Seven of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Cuppet's guilty plea, and **ADJUGES** her **GUILTY** of the crime charged in Count Seven of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

**USA v. CUPPET** 1:17CR32-19

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 510), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a presentence investigation of Cuppet, and prepare a presentence report for the Court;

2. The Government and Cuppet shall provide their versions of the offense to the probation officer by **October 10, 2017**;

3. The presentence report shall be disclosed to Cuppet, defense counsel, and the United States on or before **December 11, 2017**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **December 27, 2017;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **January 10, 2018**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the

**USA v. CUPPET**                                                                 **1:17CR32-19**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 510),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

factual basis from the statements or motions, on or before **January 10, 2018.**

The magistrate judge continued Cuppet on bond pursuant to the Order Setting Conditions of Release (dkt. no. 27) entered on June 8, 2017.

The Court will conduct the sentencing hearing for the defendant on **Tuesday, January 23, 2018** at **10:30 A.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: October 2, 2017

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE